■    MARINA IAMS, Appellant, v. EUGENE MAYES et al., Respondents.— Order unanimously reversed on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion for a preference under subdivision 5 of rule V of the New York County Trial Term Rules is granted, with $10 costs. The plaintiff makes a sufficient showing of a possible fracture of the skull to warrant the granting of a preference. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    MORRIS POST, Appellant, v. JOHN CRAWFORD et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. In the Matter of the Estate of OSCAR B. CINTAS, Deceased. CHASE MANHATTAN BANK, Appellant; JOSEFINA TARAFA et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Josefina Tarafa. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. JOSE SORZANO Y DE CARDENAS, Judicial Administrator, Appellant; CHASE MANHATTAN BANK et al., Respondents.— Motion granted and Dr. Raul de Cardenas y Echarte, successor Judicial Administrator appointed in Cuba, of the estate of Oscar B. Cintas, is substituted as party appellant in place and stead of Jose Sorzano y de Cardenas, original Judicial Administrator appointed in Cuba, of the estate of Oscar B. Cintas, in the appeals taken by Jose Sorzano y de Cardenas, Judicial Administrator, from two orders of the Surrogate's Court, New York County, both entered on July 29, 1958, one of which granted a motion to strike out the appearance of said appellant in the above-entitled probate proceeding, and the other denied his motion to dismiss said proceeding. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■    In the Matter of the Probate of the Will of OSCAR B. CINTAS, Deceased. JOSE SORZANO Y DE CARDENAS, Judicial Administrator, Appellant; CHASE MANHATTAN BANK, Respondent.— Motion by the Chase Manhattan Bank to dismiss appeal granted, with $10 costs, unless Dr. Raul de Cardenas y Echarte, successor Judicial Administrator appointed in Cuba, of the estate of Oscar B. Cintas, the substituted party appellant, procures the record on appeal and appellant's points to be served and filed on or before January 5, 1960, with notice of argument for the February, 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.